50

COM.

v.

MEJIA, M.

246 WDA 2016

Superior Court of Pennsylvania.

06/07/2017

483–2014
(Venango)

Affirmed

COM.

v.

CORNMAN, J.

1163 WDA 2016

Superior Court of Pennsylvania.

06/07/2017

CP–25–CR–0000765–2011,    CP–25–CR–
0001079–2011 (Erie)

Affirmed

COM.

v.

TOY, D.

1616 WDA 2016

Superior Court of Pennsylvania.

06/07/2017

CP–61–CR–0000528–2015 (Venango)

Affirmed

IN RE: R.L., a minor,

Appeal of: C.C.

115 WDA 2017

Superior Court of Pennsylvania.

06/07/2017

CP–02–AP–0000069–2016 (Allegheny)

Affirmed

COM.

v.

FLETCHER, J.

3065 EDA 2015

Superior Court of Pennsylvania.

06/08/2017

CP–51–CR–0002618–2011 (Philadelphia)

Vacated/Remanded